[    ] **AMENDED**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**

**In re:**

    **(1) Benjamin Frank Miles**
        xxx-xx-6039         Case No. 19-24036-K
    **(2)**
                                                      **Chapter 13**

**Debtor(s)**

## CHAPTER 13 PLAN

**ADDRESS:** (1) 952 Frayser Circle     (2)
                          Memphis TN 38127

**PLAN PAYMENT:**

    **DEBTOR (1)** shall pay   $63.00   (X) weekly, ( ) every two weeks, ( ) semi-monthly, or ( ) monthly, by:

        **(X) PAYROLL DEDUCTION** from:   Allen and Companies LLC   **OR** ( ) **DIRECT PAY.**
                                                  3750 Hacks Rd Ste 102-121
                                                  Memphis, TN 38125

    **DEBTOR (2)** shall pay   $   ( ) weekly, ( ) every two weeks, ( ) semi-monthly, or ( ) monthly, by:

        **( ) PAYROLL DEDUCTION** from:      **OR** ( ) **DIRECT PAY.**

**1. THIS PLAN [Rule 3015.1 Notice]:**

    **(A) CONTAINS A NON-STANDARD PROVISION. [See plan provision #19]**   ( ) YES   ( X ) NO

    **(B) LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON VALUATION**
         **OF THE COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]**   ( X ) YES   ( ) NO

    **(C) AVOIDS A SECURITY INTEREST OR LIEN. [See plan provision #12]**   ( ) YES   ( X ) NO

**2. ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

**3. AUTO INSURANCE:** ( ) Included in Plan; **OR (X)** Not included in Plan; Debtor(s) to provide proof of insurance at §341 meeting.

**4. DOMESTIC SUPPORT:** Paid by: ( ) Debtor(s) directly, (X) Wage Assignment, **OR** ( ) Trustee to:     Monthly Plan Payment

Amanda Owens c/o SCCSS   ; ongoing payment begins         $
                        Approximate arrearage:         $
                      ; ongoing payment begins         $
                        Approximate arrearage:         $

**5. PRIORITY CLAIMS:**     Value of Claim     Monthly Plan Payment

**6. HOME MORTGAGE CLAIMS:** ( ) Paid directly by Debtor(s); **OR** ( ) Paid by Trustee to:   Monthly Plan Payment

    ; ongoing payment begins
    Approximate arrearage:   Interest  %
    ; ongoing payment begins
    Approximate arrearage:   Interest  %

**7. SECURED CLAIMS:**
[Retain lien 11 U.S.C. §1325 (a)(5)]

| | Value of Collateral | Rate of Interest | Monthly Plan Payment |
|---|---|---|---|
| Central Finance | $800.00 | % | $16.00 |
| Conn Appliances Inc. | $733.88 | % | $15.00 |
| One Main Financial | $3,500.00 | 7.0 % | $84.00 |
| Republic Finance | $1,000.00 | % | $21.00 |
| World Finance Corporation | $1,000.00 | % | $21.00 |

**8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**
[Retain lien 11 U.S.C. § 1325 (a)]

| | Value of Claim | Rate of Interest | Monthly Plan Payment |
|---|---|---|---|
| | | ____% | $____ |
| | | ____% | $____ |
| | | ____% | $____ |

**9. SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

_____ Collateral: _____
_____ Collateral: _____

**10. SPECIAL CLASS UNSECURED CLAIMS:**

| | Value of Claim | Rate of Interest | Monthly Plan Payment |
|---|---|---|---|
| City of Memphis | $95.00 | ____% | $2.00 |
| | | ____% | $____ |
| | | ____% | $____ |

**11. STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**

_____   ( ) Not provided for   **OR**  ( ) General unsecured creditor
_____   ( ) Not provided for   **OR**  ( ) General unsecured creditor

**12. THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C. §522(f):**

_____
_____

**13. ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILE CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

**14. ESTIMATED TOTAL GENERAL UNSECURED CLAIMS:** $    12,119.82    .

**15. THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

( ) _____%, **OR**,

(X) **THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.**

**16. THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**

_____   ( ) Assumes   **OR**  ( ) Rejects.
_____   ( ) Assumes   **OR**  ( ) Rejects.

**17. COMPLETION:**   Plan shall be completed upon payment of the above, approximately   sixty (60)   months.

**18. FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

**19. NON-STANDARD PROVISION(S):**

_____
_____

**ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.**

**20. CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

/s/ S. Jonathan Garrett                              DATE: **May 23, 2019**
**Debtor(s)' Attorney Signature**

S. Jonathan Garrett (BPR#019389) Attorney for Debtor
2670 Union Avenue Extended, Suite 1200,  Memphis, Tennessee 38112-4424
Telephone: 901-323-3200          Facsimile: 901-323-3275          Email: help@sjgarrett.com